IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BENNIE SMITH,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3936

Opinion filed January 22, 2015.

An appeal from an order of the Circuit Court for Escambia County.
Michael G. Allen, Judge.

Bennie Smith, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

THOMAS, ROWE, and OSTERHAUS, JJ. CONCUR.